# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0658

VERSUS

BEAU STEVENS

OCTOBER 5, 2021

In Re: Beau Stevens, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 766-310, 766-311, 770-705.

BEFORE: WHIPPLE, C.J., PENZATO AND HESTER, JJ.

WRIT DENIED. See State v. White, 2013-1192 (La. App. 1st Cir. 7/21/14), 156 So.3d 176.

VGW
AHP
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT